■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BIANCA, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about January 13, 2003, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Sweeny, McGuire, Malone and Kavanagh, JJ.

■ 150 NASSAU ASSOCIATES, LLC, Appellant, v LIBERTY MUTUAL INSURANCE COMPANY, Respondent. [826 NYS2d 567]—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered November 3, 2005, which granted defendant surety's motion for partial summary judgment, unanimously affirmed, with costs.

Plaintiff property owner failed to comply strictly with the conditions of the performance bond, which went directly to the surety's liability (see Tishman Westwide Constr. LLC v ASF Glass, Inc., 33 AD3d 539 [2006]; 153 Hudson Dev., LLC v DiNunno, 8 AD3d 77 [2004]), and thus warranted summary dismissal of that portion of the complaint addressed to the bond. We have considered plaintiff's other arguments and find them meritless. Concur—Gonzalez, J.P., Sweeny, McGuire, Malone and Kavanagh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAQUEL JIMENEZ, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about September 20, 2005, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Sweeny, McGuire, Malone and Kavanagh, JJ.